United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:26-cv-64 |
| KOGY, LLC, GEORGE YIRENKYI | § § | |
| Defendants. | § § | |

## MEMORANDUM AND RECOMMENDATION

On April 17, 2026, this Court rescheduled an initial scheduling conference and ordered Plaintiff to properly serve Defendants (ECF No. 11). *See* FED. R. CIV. P. 4(m) (requiring defendant(s) to be served within 90 days after the filing of the complaint).  The Court advised Plaintiff that failure to comply would result in a recommendation that the case be dismissed.  (ECF No. 11 at 1).

Rule 4(m) provides, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  This mandates dismissal absent good cause shown by Plaintiff for the failure to timely serve. *Lewis v. Sec'y of Pub. Safety and Corrs.*, 870 F.3d 365, 369 (5th Cir. 2017).

Plaintiff has failed to comply with the Court's order. By failing to comply with the Court order, Plaintiff has prevented this action from proceeding. The Court should therefore exercise its inherent power to prevent undue delays in the disposition of pending cases and *sua sponte* dismiss this action without prejudice. *See Coe v. United States*, No. 3:23-cv-1627, 2023 WL 9231455, at *2 (N.D. Tex. Dec. 21, 2023), *report and recommendation adopted*, No. 3:23-cv-1627, 2024 WL 150441 (N.D. Tex. Jan. 12, 2024) ("Rule 41(b) allows a court to dismiss an action *sua sponte* for failure to prosecute or for failure to comply with the federal rules or any court order.").

Due to Plaintiff's failure to comply with a Court order, and failure to serve Defendants as required by Rule 4(m), the Court recommends the case be dismissed without prejudice.

The Clerk shall send copies of this Memorandum and Recommendation to the respective parties who have fourteen days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

**SIGNED** in Houston, Texas on June 1, 2026.

Richard W. Bennett
United States Magistrate Judge

3