United States District Court
Southern District of Texas
**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00064 |
| | § | |
| KOGY, LLC, *et al.*, | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On January 8, 2026, all parties in this matter were ordered to an Initial Pretrial and Scheduling Conference before Magistrate Judge Richard W. Bennett. (Dkt. 4). Judge Bennett thereafter filed a *Memorandum and Recommendation* on June 1, 2026, recommending that the case be dismissed without prejudice for want of prosecution. (Dkt. 13).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)     Judge Bennett's *Memorandum and Recommendation* (Dkt. 13) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)     Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**. This is a final judgment.

SIGNED at Houston, Texas on June 25, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE